THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HERMAN LEE BARTON, JR., <br><br> Plaintiff, <br><br> v. <br><br> SAINT JOSEPHS PEACE HEALTH, <br><br> Defendant. | CASE NO. C15-0410-JCC <br><br> ORDER DISMISSING ACTION |

The Court, having reviewed the Report and Recommendation (Dkt. No. 5) of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) This matter is DISMISSED, without prejudice, for failure to prosecute pursuant to Local Rule CR 41(b)(2).

(3) The Clerk is directed to send copies of this Order to plaintiff at his last known address and to Judge Theiler.

//

//

//

//

DATED this 16 day of July 2015.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION
PAGE - 2